UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARK Q. TAYLOR**                                    CIVIL ACTION

**VERSUS**                                             NO. 14-542

**BOBBY JINDAL, ET AL.**                              SECTION "B"(4)

ORDER AND REASONS

State court prisoner Taylor's § 1983 claims are **DISMISSED** as frivolous for the reasons given in the Magistrate Judge's Report and Recommendation. That report is adopted as the Court's opinion and Taylor's objections to same are overruled. Rec. Docs. 9, 10.

New Orleans, Louisiana, this 23rd day of July, 2014.

_____

UNITED STATES DISTRICT JUDGE